UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-cv-69

| | |
|---|---|
| POLYPRO, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TODD M. ADDISON and ULTRA FLEX PACKAGING CORPORATION,<br><br>        Defendants. | ORDER |

This matter is before the Court on Plaintiff PolyPro's "Motion for a Finding of Exceptional Cause and for an Award of Attorney Fees & Costs." (Doc. No. 45). That motion is **HEREBY DENIED** as **MOOT.**

Signed: March 26, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1