UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:03CV69

| | |
|---|---|
| ROBERTS POLYPRO INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TODD M. ADDISON AND ULTRA FLEX | ) |
| PACKAGING CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR ADMISSION OF COUNSEL *PRO HAC VICE*

**THIS CAUSE** having come before the Court on Motion for Admission of Counsel *Pro Hac Vice* (document #50) filed February 9, 2006 for admission *pro hac vice* of John B. Hardaway, III, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Plaintiff Roberts Polypro Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that John B. Hardaway, III shall pay to the Court the fees required by Local Rule 83.1(B), if such fees have not already been paid.

Signed: March 27, 2007

David C. Keesler
United States Magistrate Judge