UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-cv-69

| | |
|---|---|
| POLYPRO, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| TODD M. ADDISON and ULTRA FLEX ) PACKAGING CORPORATION, ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' "Motion for Entry of Judgment . . ." (Doc. No. 48). That motion is **HEREBY DENIED** as **MOOT**.

Signed: April 13, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1