UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-cv-69

| | |
|---|---|
| POLYPRO, INC., ) | |
|         Plaintiff, ) | |
| v. ) | ORDER |
| TODD M. ADDISON and ULTRA FLEX ) PACKAGING CORPORATION, ) | |
|         Defendants. ) | |

Upon the parties' joint stipulation pursuant to Federal Civil Rule 41(a)(1)(ii), **IT IS HEREBY ORDERED** that Plaintiff's claims for a declaratory judgment of invalidity and non-infringement shall be dismissed without prejudice and that Defendants' counterclaims of infringement shall be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Signed: May 7, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1